**STATE of Missouri, Respondent,**

v.

**Ricky STUART, Appellant.**

**No. WD 34455.**

Missouri Court of Appeals, Western District.

Jan. 31, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

Jeffrey K. Rath, Asst. Public Defender, David M. Strauss, Public Defender, Columbia, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., SHANGLER, J., and TURNAGE, C.J.

### ORDER

PER CURIAM:

Appeal from conviction of Class C Felony of forgery for violation of § 570.090.1(4) RSMo 1978 and sentence of five years imprisonment.

Judgment affirmed. Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Charles GIGGAR, Appellant.**

**No. WD 34665.**

Missouri Court of Appeals, Western District.

Jan. 31, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

Roger M. Prokes, Maryville, for appellant.

John Ashcroft, Atty. Gen. and William K. Haas, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction for second-degree assault, § 565.060, RSMo 1978, and sentence of three years' imprisonment, § 565.060, 558.011, RSMo 1978.

Judgment affirmed. Rule 30.25(b).